Chad C. Butterfield, Esq.
Nevada Bar No. 010532
Rachel L. Wise, Esq.
Nevada Bar No. 012303
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Acuity,*
*A Mutual Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS DeSALVIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY; DOES 1 through 10 and ROE Business Entities 1 through 10, inclusive,<br><br>Defendants. | Case No: 2:19-cv-02013-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND: (1) THE DEADLINE FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT; AND (2) OPPOSITION TO PLAINTIFF'S COUNTER-MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant, Acuity, and Plaintiff, Louis DeSalvio, by and through the parties' respective counsel, stipulate and agree that the deadline for Acuity to file its Reply in Support of Motion for Partial Dismissal [ECF No. 5], filed on November 26, 2019 shall be extended from April 8, 2020 to April 24, 2020; and the deadline for Acuity to file an Opposition to Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 12], filed on April 2, 2020, shall be extended from April 9, 2020 and April 16, 2020, respectively, to May 15, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1586202v.1

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extensions as the parties are currently discussing and negotiating the potential dismissal of this action in favor of binding arbitration. The 702Firm Injury Attorneys ("The 702Firm") was recently retained by Plaintiff. The 702Firm also seeks additional time to retain and review Plaintiff's medical records. The parties agree that the requested extension is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the parties' first request for an extension of the deadline.

Dated 8th day of April, 2020

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Rachel L. Wise*
Rachel L. Wise, Esq.
Nevada Bar No. 12303
*Attorneys for Defendant Acuity,
A Mutual Insurance Company*

Dated 8th day of April, 2020

**THE 702FIRM INJURY ATTORNEYS**

*/s/ Richard A. Engelman*
Michael C. Kane, Esq.
Nevada Bar No. 10096
Bradley J. Myers, Esq.
Nevada Bar No. 8857
Richard A. Englemann, Esq.
Nevada Bar No. 6965

**MALCOLM P. LAVERGNE & ASSOCIATES**
Malcolm P. LaVergne, Esq.
Nevada Bar No. 10121
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

Dated this  8  day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

-2-

1586202v.1