Chad C. Butterfield, Esq.
Nevada Bar No. 010532
Rachel L. Wise, Esq.
Nevada Bar No. 012303
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Acuity,*
*A Mutual Insurance Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS DeSALVIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY; DOES 1 through 10 and ROE Business Entities 1 through 10, inclusive,<br><br>Defendants. | Case No:    2:19-cv-02013-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT TO ITS FILE (1) REPLY IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT AND (2) OPPOSITION TO PLAINTIFF'S COUNTER-MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>**(Third Request)** |

Defendant, Acuity, and Plaintiff, Louis DeSalvio, by and through the parties' respective counsel, stipulate and agree that the deadline for Acuity to file (1) its Reply in Support of Motion for Partial Dismissal [ECF No. 5] and (2) file an Opposition to Plaintiff's Motion for Leave to File an Amended Complaint [ECF No. 12], shall be extended from May 15, 2020, [ECF No. 14] to June 5, 2020.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extensions as the parties are currently discussing and negotiating the potential dismissal of this action in favor of binding arbitration. The 702Firm Injury Attorneys ("The 702Firm") was recently retained by Plaintiff.  The 702Firm also seeks additional time to retain and review Plaintiff's medical records.  The 702Firm has experienced difficulty in contacting the medical providers in light of the outbreak of a new coronavirus termed SARS-CoV-2 (Severe Acute Respiratory Syndrome Coronavirus-2).  The parties are unable to enter into a meaningful negotiation until The 702Firm has

1600867v.1

an opportunity to review and assess medical records. The parties agree that the requested extension is not being requested in bad faith or to delay these proceedings unnecessarily. This is the parties' third request for an extension of the deadline.

| Dated 14th day of May, 2020 | Dated 14th day of May, 2020 |
|---|---|
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** | **THE 702FIRM INJURY ATTORNEYS** |
| */s/ Rachel L. Wise*<br>Rachel L. Wise, Esq.<br>Nevada Bar No. 12303<br>*Attorneys for Defendant Acuity,*<br>*A Mutual Insurance Company* | */s/ Richard A. Englemann*<br>Michael C. Kane, Esq.<br>Nevada Bar No. 10096<br>Bradley J. Myers, Esq.<br>Nevada Bar No. 8857<br>Richard A. Englemann, Esq.<br>Nevada Bar No. 6965 |
| | **MALCOLM P. LAVERGNE & ASSOCIATES**<br>Malcolm P. LaVergne, Esq.<br>Nevada Bar No. 10121<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __14__ day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

-2-

1600867v.1