**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Louis DeSalvio,                              )
                                             )
           Plaintiff,                  )    Case No.  2:19-cv-02013-GMN-BNW
                                             )
vs.                                          )    **ORDER**
                                             )
Acuity, A Mutual Insurance Company,          )
                                             )
           Defendant.                  )
_____)

    In reviewing the docket in this case, it has come to the Court's attention that the parties have not filed a proposed discovery plan and scheduling order.  The parties' proposed discovery plan and scheduling order was due on 5/16/2020. (*See* ECF No. 9.) The Court is aware that this docket entry was later stricken and the parties may not have seen this deadline.

    IT IS THEREFORE ORDERED that by June 25, 2020, the parties must meet and confer and file a proposed discovery plan and scheduling order.

    DATED: June 10, 2020

                                                            _____
                                                            **Brenda Weksler**
                                                            **United States Magistrate Judge**