Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Rachel L. Wise, Esq.
Nevada Bar No. 12303
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89113
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
rachel.wise@wilsonelser.com
*Attorneys for Defendant Acuity,*
*A Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS DeSALVIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY; DOES 1 through 10 and ROE Business Entities 1 through 10, inclusive,<br><br>Defendants. | Case No:   2:19-cv-02013-GMN-BNW<br><br>**STIPULATION TO STAY LITIGATION PENDING CONCLUSION OF BINDING ARBITRATION** |

Plaintiff Louis DeSalvio ("Plaintiff") and Defendant Acuity, A Mutual Insurance Company ("Defendant") (collectively the "Parties"), by and through the parties' respective undersigned counsel, hereby stipulate and agree to stay the above-captioned case pending the completion of binding arbitration.

It is further stipulated that the Court set this matter for a status check to determine the status of the binding arbitration in no less than 150 days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1635993v.1

Case No:   2:19-cv-02013-GMN-BNW

**IT IS SO STIPULATED.**

Dated this 14th day of August, 2020.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Rachel L. Wise*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Rachel L. Wise, Esq.
Nevada Bar No. 12303
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89113
*Attorneys for Defendant Acuity,
A Mutual Insurance Company*

Dated this 14th day of August, 2020.

**THE 702FIRM INJURY ATTORNEYS**

*/s/ Richard A. Englemann*
Michael C. Kane, Esq.
Nevada Bar No. 10096
Bradley J. Myers, Esq.
Nevada Bar No. 8857
Richard A. Englemann, Esq.
Nevada Bar No. 6965

**MALCOLM P. LAVERGNE & ASSOCIATES**
Malcolm P. LaVergne, Esq.
Nevada Bar No. 10121
*Attorneys for Plaintiff*

### ORDER

**IT IS SO ORDERED** that the above-captioned matter is stayed pending the completion of binding arbitration.

**IT IS FURTHER ORDERED** that that the parties shall file a Joint Status Report informing the Court of the status of arbitration by January 14, 2021.

**IT IS FURTHER ORDERED** that all pending Motions and deadlines in this case are hereby **VACATED**.

Dated this __14__ day of August, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully Submitted by:

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Rachel L. Wise*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Rachel L. Wise, Esq.
Nevada Bar No. 12303
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
*Attorneys for Defendant Acuity,
A Mutual Insurance Company*

-2-

1635993v.1