Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Rachel L. Wise, Esq.
Nevada Bar No. 12303
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89113
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
rachel.wise@wilsonelser.com
*Attorneys for Defendant Acuity,*
*A Mutual Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LOUIS DeSALVIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY; DOES 1 through 10 and ROE Business Entities 1 through 10, inclusive,<br><br>Defendants. | Case No:   2:19-cv-02013-GMN-BNW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTION, WITH PREJUDICE** |

Plaintiff Louis DeSalvio ("Plaintiff") and Defendant Acuity, A Mutual Insurance Company ("Defendant") (collectively the "Parties"), by and through the parties' respective undersigned counsel, hereby files this Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and agree and stipulate to dismiss, with prejudice, Plaintiff's Second Cause of Action-Bad Faith Breach of the Implied Covenant of Good Faith and Fair Dealing and Third Cause of Action-Violations of NRS 686A.310 and NAC 686A.675.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1635995v.1

Each Party will bear their own attorney's fees and costs.

It is so stipulated.

Dated this 14th day of August, 2020.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Rachel L. Wise*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Rachel L. Wise, Esq.
Nevada Bar No. 12303
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89113
*Attorneys for Defendant Acuity, A Mutual Insurance Company*

Dated this 14th day of August, 2020.

**THE 702FIRM INJURY ATTORNEYS**

*/s/ Richard A. Englemann*
Michael C. Kane, Esq.
Nevada Bar No. 10096
Bradley J. Myers, Esq.
Nevada Bar No. 8857
Richard A. Englemann, Esq.
Nevada Bar No. 6965

**MALCOLM P. LAVERGNE & ASSOCIATES**
Malcolm P. LaVergne, Esq.
Nevada Bar No. 10121
*Attorneys for Plaintiff*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED that** Plaintiff's Second Cause of Action- Bad Faith Breach of the Implied Covenant of Good Faith and Fair Dealing and Third Cause of Action- Violations of NRS 686A.310 and NAC 686A.675 are dismissed with prejudice. Each Party shall bear their own attorney's fees and costs.

Dated this __14__ day of August, 2020.

Respectfully Submitted by:

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Rachel L. Wise*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Rachel L. Wise, Esq.
Nevada Bar No. 12303
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant Acuity, A Mutual Insurance Company*

_____
Gloria M. Navarro, District Judge
United States District Court

-2-

1635995v.1